**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: AVANDIA MARKETING, SALES | : | MDL NO. 1871 |
| PRACTICES AND PRODUCTS | : | 07-MD-01871 |
| LIABILITY LITIGATION | : | |
| | | |
| THIS DOCUMENT APPLIES TO: | : | HON. CYNTHIA M. RUFE |
| | : | |
| RICHARD V. D'APUZZO | : | CIVIL ACTION |
| *on behalf of himself and all others similarly* | : | |
| *situated* | : | |
| v. | : | |
| | : | |
| SMITHKLINE BEECHAM CORPORATION | : | |
| d/b/a GLAXOSMITHKLINE | : | NO. 07-4963 |

**<u>ORDER</u>**

AND NOW, this 7th  day of  September 2011, upon consideration of Defendant's Motion

to Dismiss and the responses and replies thereto,  it is hereby ORDERED that the Motion is

GRANTED for the reasons set forth in the accompanying Memorandum Opinion. The Second

Amended Complaint is DISMISSED without prejudice; Plaintiff  is granted leave to file an

amended complaint within 20 days.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**
_____
**CYNTHIA M. RUFE, J**.